UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

‒‒‒‒‒

No. 08-1689

‒‒‒‒‒

WILLIAM SNOOKS,

Appellant,

v.

DUQUESNE LIGHT COMPANY,

Appellee.

‒‒‒‒‒

On Appeal from the Order of the United States District Court
For the Western District of Pennsylvania
(No. 06-cv-01463)

‒‒‒‒‒

Argued: February 2, 2009

‒‒‒‒‒

Before: McKEE, STAPLETON, *Circuit Judges*, and IRENAS,[*] *Senior District Judge*.

‒‒‒‒‒

JUDGMENT

‒‒‒‒‒

This cause came on to be considered on the record from the Western District of

Pennsylvania and was argued February 2, 2009.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this

Court that the order of the Western District of Pennsylvania, entered on February 6, 2008,

―――――――――――

[*] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

be, and the same is hereby, REVERSED and REMANDED.

All of the above in accordance with the opinion of this Court.

Attest:

/s/**Marcia M. Waldron**
Clerk

DATED: February 24, 2009